**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Andre Battle

                    Plaintiff,

v.                                                            Case No.: 1:26–cv–01908
                                                             Honorable Virginia M. Kendall

Rowmark LLC

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 30, 2026:

        MINUTE entry before the Honorable Virginia M. Kendall. This action is dismissed without prejudice pursuant to Notice of Settlement [15] with leave to reinstate on or before 6/30/2026. If no motion to reinstate is filed by that date, the dismissal will automatically convert to a dismissal with prejudice without any further action required by the parties or the Court. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.